**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**LUCIANA HARMATH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00058-JAM |
| Plaintiff, | |
| vs. | APPLICATION FOR ORDER EXONERATING BAIL AND ORDER |
| LUCIANA HARMATH, | |
| Defendants. | |

Defendant, LUCIANA HARMATH, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure her release in this case. Defendant is making this application on the ground that her bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of Court on the real property posted to secure defendant's release has not been extinguished and remains a cloud on title. Defendant has completed her 4-month prison sentence imposed by the court.

Dated: November 18, 2014          Respectfully submitted,

                                            WISEMAN LAW GROUP, P.C.

1

Application for Order Exonerating Bail                                      Case no. CR 06-00058 JAM
And [Proposed Order]

By:   /s/Joseph J. Wiseman
     JOSEPH J. WISEMAN
     Attorney for Defendant
     LUCIANA HARMATH

## ORDER

GOOD CAUSE having been shown, IT IS HEREBY ORDERED THAT the bail posted in this case to secure the defendant's release is EXONERATED.

DATED: November 19, 2014

     /s/ John A. Mendez
     Hon. JOHN A. MENDEZ
     United States District Court Judge

2

Application for Order Exonerating Bail                                                 Case no. CR 06-00058 JAM
And [Proposed Order]