BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2709
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-58 JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: RESENTENCING OF DEFENDANT LUCIANA HARMATH |
| v. | |
| LUCIANA HARMATH, | JUDGE: Hon. John A. Mendez |
| Defendant. | |

## Introduction

On June 25, 2009, Luciana Harmath was convicted of conspiring to defraud the United States and to make false statements in asylum applications in violation of 18 U.S.C. §§ 371 and 1546. She also was convicted of one or more counts of aiding and abetting a false statement under 18 U.S.C. § 1001 or 18 U.S.C. § 1546. On June 29, 2010, Harmath was sentenced to four months imprisonment on counts one, 11, and 17, to be served concurrently, for a total term of imprisonment of four months. The court also imposed a 36-month term of supervised release with a special condition of 120-days home detention, a fine of $4,000, and a $300 special assessment. Harmath has served her sentence.

On June 25, 2014, in an unpublished opinion, the Ninth Circuit Court of Appeals affirmed the convictions, but found that the convictions for counts one and 17 were

multiplicitous.  *United States v. Harmath*, 580 Fed. Appx. 591, 596 (9th Cir. 2014) (unpub.).  The sentence was vacated, and the case was remanded for resentencing.

### STIPULATION

On remand, defendant Harmath, through her undersigned counsel, Joseph J. Wiseman, and the United States, through its counsel, Assistant U.S. Attorney Camil A. Skipper, hereby stipulate and request that this court resentence Harmath as follows:  four months on counts one and 11, to be served concurrently, for a total term of imprisonment of four months; a 36-month term of supervised release on each count to run concurrently with a special condition of 120-days home detention; a fine of $4,000; and a $200 special assessment, with all other aspects of the original sentence imposed on June 29, 2010, to remain the same.

Harmath's sentence should be re-imposed with a $200 special assessment to account for the multiplicitous count.  Because she has served her sentence, no further changes are warranted.  The parties agree that this sentence is sufficient, but not greater than necessary, to satisfy all of the purposes of sentencing set forth in 18 U.S.C. § 3553(a).

As part of this stipulation, if accepted by the court, Harmath agrees to give up her rights to appeal and to collaterally attack her sentence under 28 U.S.C. § 2255 or 28 U.S.C. § 2241 or otherwise.

Harmath has served her sentence.  She has been advised of her right to be present for resentencing.  Pursuant to Federal Rule of Criminal Procedure 43(c)(1)(B), Luciana Harmath has executed the attached waiver of her right to be present at any resentencing proceeding.  She also waives her right of allocution at resentencing.  Harmath also agrees to the stipulated sentence of four months on counts one and 11, to be served concurrently, for a total term of imprisonment of four months; a 36-month term of supervised release on each count to run concurrently with a special condition of 120-days home detention; a fine

///
///
///

of $4,000; and a $200 special assessment, with all other aspects of the original sentence imposed on June 29, 2010, to remain the same.

                                                      Respectfully submitted,

Dated: May 18, 2015                        By:  /s/ Joseph J. Wiseman
                                                       JOSEPH J. WISEMAN
                                                       Attorney for Defendant HARMATH

Dated: May 18, 2015                            BENJAMIN B. WAGNER
                                                        United States Attorney

                                                    By:  /s/ Camil A. Skipper
                                                        CAMIL A. SKIPPER
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff UNITED STATES

## DEFENDANT LUCIANA HARMTH'S
## WAIVER OF PRESENCE AT RE-SENTENCING

I, Luciana Harmath, have completed service of my sentence. I have been advised of my right to be present for re-sentencing on remand from appeal. I knowingly and voluntarily waive my right to be present and my right to allocution at re-sentencing. I also agree to the stipulation for a sentence of four months on counts one and 11, to be served concurrently, for a total term of imprisonment of four months; a 36-month term of supervised release on each count to run concurrently with a special condition of 120-days home detention; a fine of $4,000; and a $200 special assessment, with all other aspects of the original sentence imposed on June 29, 2010, to remain the same.

Dated: May 18, 2015

/s/ Luciana Harmath
LUCIANA HARMATH
Defendant
[confirmed by Attorney Wiseman by telephone on May 18, 2015]

## ORDER

For the reasons set forth in the attached stipulation of the parties, on remand from appeal, the Court hereby resentences Luciana Harmath as follows:

The conviction on count 17 is vacated.

Luciana Harmath is sentenced to four months on counts one and 11, to be served concurrently, for a total term of imprisonment of four months; a 36-month term of supervised release on each count to run concurrently with a special condition of 120-days home detention; a fine of $4,000; and a $200 special assessment, with all other aspects of the original sentence imposed on June 29, 2010, to remain the same.

Dated: May 21, 2015                                     /s/ John A. Mendez

                                                        HON. JOHN A. MENDEZ
                                                        United States District Court Judge